1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JUAN ANTONIO JAIMES,

11              Petitioner,              No. CIV S-06-1788 GEB KJM P

12        vs.

13   M.C. KRAMER, Warden, et al.,

14              Respondents.            ORDER

15   _____/

16              Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus under 28 U.S.C. § 2254, together with a letter stating his request to proceed in

18   forma pauperis is pending.  In his application, petitioner challenges a conviction issued by the

19   Fresno County Superior Court.  Fresno County is part of the Fresno Division of the United States

20   District Court for the Eastern District of California.  See Local Rule 3-120(d).

21              As provided by Local Rule 3-120(f), a civil action that has not been commenced

22   in the proper division of a court may, on the court's own motion, be transferred to the proper

23   division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24   court.

25   /////

26   /////

1

1   Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  This action is transferred to the United States District Court for the Eastern

3   District of California sitting in Fresno; and

4          2.  All future filings shall reference the new Fresno case number assigned and

5   shall be filed at:

6          United States District Court
           Eastern District of California
7          2500 Tulare Street
           Fresno, CA 93721

8

9   DATED:  August 16, 2006.

10

11   _____
     UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16   /bb
     jaim1788.109

17

18

19

20

21

22

23

24

25

26

2